COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: Carmine's LLC and Donald Dankowich v. R1 Management, LLC

Appellate case number: 01-18-00321-CV

Trial court: 458th District Court of Fort Bend County

Date motion filed: August 2, 2018

Party filing motion: Appellant Donald Dankowich

Appellant, Donald Dankowich, has filed a "Motion for Reconsideration of Judgment and New Trial" that we construe as a motion for rehearing.

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings

        Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd

Date: August 23, 2018